**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GENARO REYES MARIN,<br>A# 095 054 207,<br><br>Petitioner,<br><br>v.<br><br>JESSICA SAGE, Warden of FCI Lewisburg, et al.,<br><br>Respondents. | CIVIL ACTION NO. 3:26-cv-01833<br><br>(SAPORITO, J.) |

**ORDER**

AND NOW, this 24th day of August, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition (Doc. 1) is **GRANTED**;

2. The government shall either provide Reyes Marin with a constitutionally adequate individualized bond hearing **within twenty-one (21) days** after entry of this order or release Reyes Marin on his own recognizance, pursuant to 8 U.S.C. § 1226(a);

3. At this individualized bond hearing, the government shall bear the burden of proving by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or harming the community;

4. The respondent shall file a written notice of the outcome of this individualized bond determination by an immigration judge **within seven (7) days** after the date of the hearing; and

5. The clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge